UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF A. MOYER,

    Plaintiff,

v.

                                Case No. 1:12-cv-592

CHARLES J. KUHAREVICZ,           HONORABLE PAUL L. MALONEY

    Defendant,
_____/

## JUDGMENT

Pursuant to Fed.R.Civ.P. 58, a **MONEY JUDGMENT** is hereby entered in favor of Plaintiff Jeff A. Moyer and against Defendant Charles J. Kuharevicz in the amount of $67,250.00.

Date:  July 16, 2012                           /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                               Chief United States District