UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF A. MOYER,

        Plaintiff,

                                 Case No. 1:12-cv-592

v.

                                 HONORABLE PAUL L. MALONEY

CHARLES J. KUHAREVICZ,

        Defendant,

_____/

## **JUDGMENT**

       Pursuant to Fed.R.Civ.P. 58, a **MONEY JUDGMENT** is hereby entered in favor of

Plaintiff Jeff A. Moyer and against Defendant Charles J. Kuharevicz in the amount of

$67,250.00.

Date:   July 16, 2012                      /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         Chief United States District